UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WENDY McKEOWN,

       Plaintiff,                      Case No.  05-73244

v.                                   District Judge Sean F. Cox
                                     Magistrate Judge R. Steven Whalen

LIVINGSTON COUNTY SHERIFF
DEPUTY PETER HAIRSTON,

       Defendant.
_____/

## ORDER DISMISSING DEFENDANT'S MOTION
## TO COMPEL ANSWERS TO INTERROGATORIES

      Upon reading and filing of the parties' stipulation to dismiss defendant's motion to compel and the court being fully advised in the premises;

      IT IS HEREBY ORDERED that Defendant's Motion to Compel (filed 7/5/06) [docket #6] is hereby DISMISSED.

                                                S/R.  Steven Whalen
                                                R.  STEVEN WHALEN
                                                UNITED STATES MAGISTRATE JUDGE

Dated:  August 15, 2006

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on August 15, 2006.

                                                S/Gina Wilson
                                                Judicial Assistant