UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WENDY McKEOWN,

    Plaintiff,

v.                                                                                                                                      Case No. 05-73244
                                                                                                                                      Hon. Sean F. Cox

DEPUTY PETER HAIRSTON,

    Defendant.
_____/

## **ORDER**

This matter is before the Court on several Motions in Limine filed by the parties. For the reasons stated on the record at a hearing held this date, **IT IS ORDERED** that:

1)     The relief sought in Defendant's Motion in Limine seeking to require Plaintiff's medical treaters to testify regarding medical bills [Docket Entry No. 65] is **DENIED**.

2)     Defendant's Motion in Limine seeking to preclude argument or testimony that Defendant had no right to be on Plaintiff's property on the night of the incident [Docket Entry No. 58] is **GRANTED**.

3)     Plaintiff's Motion in Limine seeking to preclude the admission of letters from Dr. Friedman to Defense Counsel [Docket Entry No. 63] is **GRANTED**.

4)     Plaintiff's Motion in Limine seeking to preclude testimony or exhibits relating to the arrest or conviction of James McKeown [Docket Entry No. 62] is **GRANTED**.

5) Plaintiff's Motion seeking to preclude narrative police reports [Docket Entry No. 61] is **GRANTED.**

6) Plaintiff's Motion in Limine to preclude the admission the 911 Dispatch Tape [Docket Entry No. 67] is **TAKEN UNDER ADVISEMENT**.

**IT IS SO ORDERED**.

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: September 11, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 11, 2007, by electronic and/or ordinary mail.

S/Jennifer Hernandez
Case Manager