IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**WENDY McKEOWN**,  Case No: 05 73244
 Hon: Sean F. Cox
 Plaintiff, Magistrate R. Steven Whalen

vs.

**LIVINGSTON COUNTY SHERIFF DEPUTY**
**PETER HAIRSTON,**
 Defendant.
_____/

| | |
|---|---|
| **KENNETH D. FINEGOOD P36170**<br>KENNETH D. FINEGOOD, P.L.C.<br>Attorney for Plaintiff<br>29566 Northwestern Hwy, Suite 120<br>Southfield, MI 48034<br>248-351-0608<br>Fax: 248-359-2997 | **ANNE MCCLOREY MCLAUGHLIN  P40455**<br>CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.<br>Attorney for Defendant<br>33900 Schoolcraft Road<br>Livonia, MI  48150<br>734 261 2400 |

## **PLAINTFIF'S OBJECTIONS TO BILL OF TAXABLE COSTS**

   Now Comes Plaintiff, Wendy McKeown, through her attorney Kenneth D. Finegood, P.L.C. and for her objections states as follows:

   1.  Plaintiff Objects to the costs in the amount of $382.60 and $207.80, for deposition transcripts of plaintiff, for the reason that these charges are fees for "real time" transcription and "e-trans," which are not taxable, since "real time" transcription and electronic transcripts are for the convenience of the attorney and not necessary charges.

   2.  Plaintiff objects to the $1,045.45 for the videotape transcript of Philip Friedman, M.D. for the  reason these charges reflect fees for "expedited" transcript produced solely for the convenience of counsel, since defendant chose to schedule this deposition for September 11, 2007, one day before trial and the deposition was not played for the jury until one week later on September 18, 2007.

Additionally, this charge is a fee for "real time" transcription and "e-trans," which are for the convenience of the attorney and not necessary charges. Additionally, this charge includes a $395.00 charge for videotape which is not taxable for the reason that videotaping of the deposition was not ordered by the court. Further, this charge includes $28.75 for next day air delivery, which is not taxable.

     3.   Plaintiff objects to the $132.00 charge for the transcript of Mark Swankster for the reason that this was an expedited transcript for the convenience of counsel and further, there is no receipt in support of this charge.

     4.   Plaintiff objects to the $154.80 charge for the transcript of Peter Hairston for the reason that it contains a charge for postage which is not taxable.

S/ Kenneth D. Finegood
   Kenneth D. Finegood, P.L.C.
   29566 Northwestern Hwy Ste 120
   Southfield, MI 48034
   248-351-0608
   KDFesq44@AOL.com
   (P36170)

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2007, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Anne McClorey McLaughlin
Cummings, McClorey, Davis & Acho, P.L.C.
33900 Schoolcraft Rd.
Livonia, MI 48150-1392
Phone: (734) 261-2400
amclaughlin@cmda-law.com
P40455
S/ Kenneth D. Finegood
   Kenneth D. Finegood, P.L.C.
   29566 Northwestern Hwy Ste 120
   Southfield, MI 48034
   248-351-0608
   KDFesq44@AOL.com
   (P36170)